**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 1 2 2008
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

IN THE MATTER OF:                                                    CHAPTER 7

TRUDY JOHNSON                                           CASE NO. 05-06556-NPO
ROGER JOHNSON

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW, J. Stephen Smith**, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Trudy and Roger Johnson | 1031 Tatum Rd.<br>McComb, MS 39648 | $1,135.38 |

That the check was sent to the debtors at the address listed above, which was the address listed on the debtor's schedules, but the check was never deposited. The Trustee placed a "Stop Payment" on the check..

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Mr. Roger Johnson
Mrs. Trudy Johnson
1031 Tatum Road
McComb, MS 39648

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS  39269-1602

**SO CERTIFIED** this the ____ day of _____, 2008.

_____
EILEEN N. SHAFFER